IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| TIFFANY HUGHES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO.2:17-cv-225-WKW-TFM |
| | ) | [wo] |
| WAL-MART STORES, EAST, LP., | ) | |
| | ) | |
| Defendant. | ) | |

## **O R D E R**

On April 17, 2017, Plaintiff filed a Complaint alleging she was discriminated against on the basis of a disability when she was terminated from her employment as a pharmacist with Wal-Mart. (Doc. 1). Thereafter, Plaintiff filed a motion to proceed in forma pauperis. (Doc. 3). The Complaint and the Affidavit accompanying the Motion reveal that Plaintiff has been employed as a pharmacist with Wal-Mart within the past 12 months and that she had a 401K account which she "cash[ed] out" upon termination. The Court concludes that more information is necessary to make a decision on the motion to proceed in forma pauperis. Accordingly, the Clerk's Office is DIRECTED to send to Plaintiff the long affidavit form. Further, it is

ORDERED that Plaintiff file this Affidavit on or before May 10, 2017.

DONE this 3rd day of May, 2017.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE

.