IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

TIFFANY HUGHES,                    )
                                   )
          Plaintiff,               )
                                   )
v.                                 )          CASE NO.2:17-cv-225-WKW-TFM
                                   )          [wo]
WAL-MART STORES, EAST, LP.,        )
                                   )
          Defendant.               )

**O R D E R**

Upon consideration of the Defendant's Motion for Leave to File Reply Brief in Support of its Motion to Dismiss (Doc. 36) and for good cause shown, it is

ORDERED that the Motion (Doc. 36) be GRANTED and that on or before March 9, 2018, Defendant shall file a Reply to Plaintiff's Response to its Motion to Dismiss.

DONE this 22nd day of February, 2018.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE

.