IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| TIFFANY HUGHES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO.2:17-cv-225-WKW-TFM |
| | ) | [wo] |
| WAL-MART STORES, EAST, LP., | ) | |
| | ) | |
| Defendant. | ) | |

## AMENDED UNIFORM SCHEDULING O R D E R

Upon consideration of the Parties' Joint Motion for Modification of Scheduling Deadlines (Doc. 45) and for good cause shown, it is

ORDERED that the Motion (Doc. 45) be GRANTED and the deadlines in the Uniform Scheduling Order (Doc. 28) be extended as follows:

Section 2:   Dispositive Motions – **September 18, 2018**

Section 3:   The Parties' Settlement Conference – **October 9, 2018**

Section 7:   Discovery Cutoff – **September 14, 2018**

The Parties are ADVISED that these extensions may necessitate the entry of a new Scheduling Order at a later date depending on the Court's schedule.

DONE this 7th day of May, 2018.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE

.