IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| TIFFANY HUGHES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO.2:17-cv-225-WKW-TFM |
| | ) | [wo] |
| WAL-MART STORES, EAST, LP., | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

# **O R D E R**

Upon consideration of the Plaintiff's Motion to Compel (Doc. 48 filed June 28, 2018) and for good cause shown, it is

ORDERED that the Defendants show cause on or before July 13, 2018 why this Motion (Doc. 48) is not due to be granted.

DONE this 29th day of June, 2018.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE

.