IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| TIFFANY HUGHES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:17-CV-225-WKW |
| | ) | |
| WAL-MART STORES, EAST | ) | |
| LP., and MICHAEL R. HARRIS, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

On June 12, 2018, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 47.) Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED that the Recommendation is ADOPTED in part and MODIFIED in part.[1] Specifically, it is ORDERED as follows:

(1)  Defendants' Motions to Dismiss (Docs. # 32 & 42) are DENIED as to Plaintiff's claim for Defamation;

(2)  Defendants' Motions to Dismiss (Docs. # 32 & 42) are GRANTED as to Plaintiff's claim for Invasion of Privacy based upon publicity, but DENIED as to Plaintiff's claim for Invasion of Privacy based upon intrusion upon seclusion;

---

[1] The Magistrate Judge recommends denying all other pending motions as moot (Doc. # 47, at 13), but the Recommendation was entered before Plaintiff's Motion to Compel (Doc. # 48) was filed. Accordingly, as that motion is properly pending before the Magistrate Judge, that section of the Recommendation will be modified.

(3) Defendants' Motions to Dismiss (Docs. # 32 & 42) are GRANTED as to Plaintiff's claims for Tortious Conduct and Conspiracy;

(4) Plaintiff's Motion for Oral Argument (Doc. # 40) is DENIED as moot; and

(5) This action is REFERRED back to the Magistrate Judge pursuant to 28 U.S.C. § 636 for further proceedings and determination or recommendation as may be appropriate.

DONE this 9th day of July, 2018.

/s/ W. Keith Watkins<br>CHIEF UNITED STATES DISTRICT JUDGE