IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| TIFFANY HUGHES, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO.2:17-cv-225-WKW-TFM |
| | ) | [wo] |
| WAL-MART STORES, EAST, LP., | ) | |
| et al., | ) | |
| | ) | |
| Defendants. | ) | |

# **O R D E R**

Upon consideration of Defendant's Motion to Compel (Doc.63) filed September 4, 2018, it is

ORDERED that Plaintiff show cause on or before September 14, 2018, why this motion is not due to be granted.

DONE this 4th day of September, 2018.

/s/ Terry F. Moorer
TERRY F. MOORER
UNITED STATES MAGISTRATE JUDGE

.